STATE OF CONNECTICUT *v.* KING SIMMONS

The defendant's petition for certification for appeal from the Appellate Court, 10 Conn. App. 561, is denied.

*Edward Pontacoloni,* in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided May 14, 1987